IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DELINDA BREWSTER,** § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:13-CV-2807-M |
| § | |
| **NATIONSTAR MORTGAGE, LLC, et al.,** § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff Delinda Brewster's ("Plaintiff") Motion to Remand (doc. 13) is **GRANTED**. However, Plaintiff's request for costs, expenses, and attorney's fees is **DENIED**. Additionally, Defendants Nationstar Mortgage, LLC and First Tennessee Bank National Association's (d/b/a First Horizon Home Loans, a division of First Tennessee Bank National Association) motions to dismiss (docs. 7, 14) are **DENIED** as **MOOT**.

This case shall be **REMANDED** back to the County Court at Law No. 5 in Dallas County, Texas.

**SO ORDERED** this 10th day of December, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS